**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **WALTER A. RADLOFF, III, and** | ) | Case No. 07 B 02761 |
| **KATHY H. POWELL**, | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtors. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Wednesday, February 20, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in the Courtroom 744, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the attached **First and Final Motion of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses**, at which time and place you may apppear if you so desire.

> RONALD R. PETERSON, not individually but as chapter 7 Trustee for the bankruptcy estate of Walter A. Radloff, III, and Kathy H. Powell
>
> By:   */s/ Ronald R. Peterson*
>        One of his attorneys

Ronald R. Peterson (2188473)
Michael Kelly (6289908)
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL  60611
Telephone:  312-222-9350
Facsimile:  312-527-0484

# **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, certify that I caused a copy of the foregoing **Notice of Motion** and **First and Final Motion of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses** to be served upon the parties on the attached Service List by U.S. Mail, properly addressed and postage prepaid, on February 13, 2008.

*/s/ Ronald R. Peterson*
Ronald R. Peterson

1625724

## SERVICE LIST

*In re Walter A. Radloff, III and Kathy H. Powell*
Case No. 06-05863

ASG
205 Bryant Woods South
Buffalo, NY  14228-3609

AT&T Universal Card
P.O. Box 6901
The Lakes, NV  88901-6901

Academy Collection Service
10965 Decatur Rd.
Philadelphia, PA  19154-3294

Alliance One
1160 Centere Pointe Dr.
Suite #1
Mendota Heights, MN  55120-1270

Alliant Credit Union
11545 W. Touhy
Cleveland, OH  44118

Allied Collection
2000 Warrensville
Holland, MI  49422

Allied Interstate
3000 Corporate Exchange Dr.
5th Fl.
Columbus, OH  43231-7689

American General Financial
P.O. Box 1162
Bridgeview, IL  60455-0162

American Express
Suite 0001
Chicago, IL  60679-0001

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Arrow Financial Service
5996 W. Touhy Ave.
Niles, IL  60174-4610

Arthur B. Adler & Associates
25 E. Washington St., #500
Chicago, IL  60602-1703

Associated Recovery Systems
201 W. Grand Ave.
Escondido, CA  92025-2603

B-Line, LLC/NCO Portfolio Management, Inc.
Merchants Management
Mail Stop 550
2101 Fourth Ave., Ste. 1030
Seattle, WA  98121-2317

B-Line, LLC/NCO Portfolio Management, Inc.
Providian
Mail Stop 550
2101 Fourth Ave., Ste. 1030
Seattle, WA  98121-2317

Biehl & Biehl
411 E. Irving Park Rd.
Bensevenville, IL  60106-2230

Business & Professionals
220 Lake Ave. St.
Fort Wayne, IN  46805

CBUSASears
8725 W. Sahara Ave.
The Lakes, NV  89163-0001

Campbell Kyle & Proffitt
198 S. 9th St.
Noblesville, IN  46060-2619

Capital One Mastercard
Processing Center
Des Moines, IA  50363-2200

Capital One Services
P.O. Box 6000
Seattle, WA  98190-6000

Chase
P.O. Box 15651
Wilmington, DE  19886-5651

Chicago Tribune
P.O. Box 6490
Chicago, IL  60680-6490

Citibank
Attn:  Bankruptcy Dept.
701 E. 60th North
Sioux Falls, SD  57104-0493

Collect America Ltd.
370 17th St., Ste. 5000
Denver, CO  80202-5690

Comprehensive Collection Serv.
P.O. Box 2503
East Lansing, MI  48226-2503

F&W Inc.
500 W. Madison
Chicago, IL  60661-2572

CAVC of Colorado, LLC
370 17th St., Ste. 5000
Denver, CO  80202-5690

CRV, Inc.
212 S. 108 Ave.
Omaha, NE  68154-2631

Capital One FSB
P.O. Box 34631
Seattle, WA  98124-1631

Capital One Platinum
P.O. Box 6000
Seattle, WA  98190-6000

Centennial Wireless
3811 Illinois Rd.
Ste. 212
Fort Wayne, IN  46804-1217

Chase Platinum Visa
P.O. Box 52195
Phoenix, AZ  85072-2195

Citi Platinum
P.O. Box 6411
The Lakes, NV  88901-6411

Citibank/sears
P.O. Box 6189
Sioux Falls, SD  57117-6189

Collection America
370 17th St., Ste. 5000
Denver, CO  80202-5690

ER Solutions, Inc.
P.O. Box 9004
Renton, WA  98057-9004

First Performance Recovery
600 Pilot Rd.
Las Vegas, NV  89119-9010

2

Fleet  
P.O. Box 15480  
Wilmington, DE  19850-5480  

Home Depot  
P.O. Box 689100  
Des Moines, IA  50368-9100  

Household Credit Service  
P.O. Box 17051  
Baltimore, MD  21297-1051  

Indiana Physical Therapy  
7309 W. Jefferson  
Fort Wayne, IN  46804-6237  

Jaffe & Asher LLD  
600 Third Ave.  
New York, NY  10016-1901  

Komyatte & Associates  
9650 Gordon Dr.  
Highland, IN  46322-2909  

MBNA America  
P.O. Box 15137  
Wilmington, DE  19886-5137  

Malcolm S. Gerald and Associates, Inc.  
332 S. Michigan Ave.  
Ste. 514  
Chicago, IL  60604-4318  

Maryland National Bank  
c/o Scott Lowery, PC and Atty.  
10375 E. Harward Ave.  
Ste. 410  
Denver, CO  80231-3967  

Medical Business Bureau  
P.O. Box 1219  
Park Ridge, IL  60068-7219  

Mercy Physician Billing  
3502 Eagle Way  
Chicago, IL  60678-0001  

Midland Credit Management  
P.O. Box 939019  
San Diego, CA  92193-9019  

Monogram Bank N. America  
P.O. Box 17054  
Wilmington, DE  19884-0001  

NCO Fin/99  
507 Prudential Rd.  
Horsham, PA  19044-2308  

NCO Financial  
507 Prudential Rd.  
Hampton, VA  23666  

National Action Financial Services  
3587 Parkway Lane  
Norcross, GA  30092-2872  

National Asset Recovery  
2880 Dresden Dr.  
Ste. 200  
Atlanta, GA  30341-3920  

Orthopaedics Northeast  
7309 W. Jefferson  
Fort Wayne, IN  46804-6237  

Parkview Hospital  
2200 Randallia Dr.  
Fort Wayne, IN  46805-4699  

Patients 1st ER Medical Consultants PC  
c/o Richard P. Komyatte & Assoc.  
John R. Edwards  
9650 Gordon Dr.  
Highland, IN  46322-2909  

3

Patients First Emergency Medical
P.O. Box 869359
Plano, TX  75086-9359

Plaza Associates
P.O. Box 2769
New York, NY  10116-2769

Providian
P.O. Box 660433
Dallas, TX  75266-0433

RCN
P.O. Box 747089
Pittsburgh, PA  15274-7089

Redi Med
315 E. Cook Rd.
Fort Wayne, IN  46825-3311

Richard D. Komyatte
9650 Gordon Dr.
Highland, IN  46322-2909

Rush University
1725 W. Harrison
Chicago, IL  60612-3841

Sam's Club
P.O. Box 130306
Roswell, GA  30076

Sams Club
P.O. Box 981400
El Paso, TX  79998-1400

Sears
P.O. Box 182149
Columbus, OH  43218-2149

Sprint PCS
P.O. Box 219349
Kansas City, MO  64121-9349

St. Mary Medical Center
111 W. 10th St.
Hobart, IN  46342-5990

St. Macy's Medical Center
111 W. 10th St.
Hobart, IN  46342-5990

Steven Powell
106 Westminster
Noblesville, IN  46060-4240

Target
P.O. Box 59231
Minneapolis, MN  55459-0231

Target National Bank (f.k.a. Retailers
  National)
Target Visa
c/o Weinstein & Riley, P.S.
2101 Fourth Ave., Ste. 900
Seattle, WA  98121-2339

Target Nb
P.O. Box 9475
Minneapolis, MN  55400-9475

Trustmark Recovery Services
541 Otis Bowden Dr.
Munster, IN  46321-4158

Trustmark Recovery Services
P.O. Box 100
Schererville, IN  46375-0100

UN Coll Tol
5620 Southwyck Blvd.
Toledo, OH  43614-1501

4

United Air Ecu  
P.O. Box 66945  
Chicago, IL  60666-0945  

University Pathologist  
5620 Southwyck Blvd.  
Suite 206  
Toledo, OH  43614-1501  

(p) Volkswagen Credit Union  
1401 Franklin Blvd.  
Libertyville, IL  60048-4460  

Washington Mutual  
P.O. Box 660548  
Dallas, TX  75266-0548  

World Financial Network National Bank  
Victoria's Secret  
c/o Weinstin & Riley, P.S.  
2101 Fourth Ave., Ste. 900  
Seattle, WA  98121-2339  

Kathy H. Powell  
P.O. Box 617573  
Chicago, IL  60661-7573  

Walter A. Radloff III  
P.O. Box 617573  
Chicago, IL  60661-7573  

Sebastian L. Pandolfo  
First Vice President  
GPC Core Litigation  
Office of the General Counsel  
222 Broadway, 14th Floor  
New York, NY 10038  

Union Plus Mastercard  
P.O. Box 17051  
Baltimore, MD  21297-1051  

Unvl/citi  
P.O. Box 6241  
Sioux Falls, SD  57117-6241  

WFNNB/Victoria's Secret  
P.O. Box 182128  
Columbus, OH  43218-2128  

West Asset Management  
P.O. Box 2548  
Sherman, TX  75091-2548  

Alan D. Lasko  
Alan D. Lasko Associates, P.C.  
29 South LaSalle Street  
Suite 1240  
Chicago, IL  60603  

Kerrie S. Neal  
Zalutsky & Pinski, Ltd.  
20 N. Clark St.  
Ste. 600  
Chicago, IL  60602-4184  

William T. Neary  
Office of the U.S. Trustee, Region 11  
227 W. Monroe St.  
Ste. 3350  
Chicago, IL  60606-5025  

Merrill Lynch  
Attn: Matthew Shinn  
130 West Main Street  
Fort Wayne, IN  46802

Merrill Lynch  
Attn: Diann Rinker  
130 West Main Street  
Fort Wayne, IN  46802

Douglas K. Runyan  
1220 Lincoln Highway East  
P.O. Box 246  
New Haven, IN  46774

6

1593890.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Walter A. Radloff, III | ) | No. 06 B 05863 |
| and Kathy H. Powell | ) | |
| | ) | |
| 75-6819716 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Eugene Wedoff |

## FIRST AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE COMPENSATION AND EXPENSES

ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C., Certified Public Accountants, request first and final compensation of $1,530.00 and expenses of $10.10 for the time period from July 18, 2007 through February 12, 2008. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached as Exhibit A is the Affidavit pursuant to Bankruptcy Rule 2016.

## GENERAL

The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about May 22, 2006 and a Trustee was appointed. On July 18, 2007, Alan D. Lasko & Associates, P.C. was approved by the Court issued as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's year 2007 income tax returns.

ESTATE OF WALTER ADOLPH AND KATHY H. POWELL

A recap of compensation requested is as follows:

|  | Amount |
|---|---|
| Billing | $ 103.00 |
| Year-End Work | 1,427.00 |
|  | $ 1,530.00 |

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA

Mr. Lasko has worked primarily in the bankruptcy field over the last 23 years. He brings his 32 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA). Mr. Lasko is also a member of the American Bankruptcy Institute, the National Association of Bankruptcy Trustees, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

James Delahunt, JD, CPA, MST – Tax Manager

Mr. Delahunt has worked primarily in the field of taxation for over 28 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

Susan J. Kilgore, CPA – Manager

Ms. Kilgore has 31 years of experience working as a manager and staff person in public accounting. She has worked for a large and small accounting firm over this period. She has substantial experience working primarily with commercial accounts of all sizes performing audits and year-end accounting and tax preparation. She also has worked with a variety of different types of for-profit and not-for-profit companies. She has an undergraduate degree in accounting and achieved the National Honor Society for Business Administration while in school. She is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

Tricia Kong – Staff

Ms. Kong is a first-year staff person performing accounting and tax services. Ms. Kong has a Masters in Accounting from the University of Illinois at Chicago and a Bachelor's of Commerce from the University of Alberta, Edmonton.

STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**BREAKDOWN BY CATEGORIES**

The categories in this Application as listed below:

BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost                $103.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 240.00 | $ 48.00 |
| C. Wilson, Staff | 1.0 | 55.00 | 55.00 |
|  | 1.2 |  | $ 103.00 |

## YEAR-END WORK

The Applicant incurred 11.4 hours in the preparation of the Estate's 2007 workpapers and year-end tax returns.

The work also included the following:

- Calls to Trustee's counsel and Trustee regarding documents to obtain.
- Summarized Trustee's cash receipts and disbursements.
- Prepared Internal Revenue Service 60-day determination letter for 2007.
- Estimated time to prepare Estate's information tax returns.

Cost           $1,427.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.9 | $ 240.00 | $ 696.00 |
| T. Kong, Staff | 8.5 | 86.00 | 731.00 |
|  | 11.4 |  | $ 1,427.00 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $185 | - | $240 |
| Manager/Director | 150 | - | 185 |
| Supervisors | 130 | - | 150 |
| Senior | 110 | - | 130 |
| Assistant | 40 | - | 110 |

**EXPENSES**

Year-End Work         $   10.10

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,530.00 and expenses of $10.10 should be allowed for services by your Applicant for the period July 18, 2007 through February 12, 2008.

_____
Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Estate of Walter A. Radloff, III ) | No. 06 B 05863 |
| and Kathy H. Powell ) | |
| ) | |
| 75-6819716 ) | Chapter 7 |
| Debtor ) | |
| ) | Hon. Eugene Wedoff |

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
                 )   SS.
COUNTY OF COOK  )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Ronald R. Peterson, Chapter 7 Trustee in this case ("Trustee").

2. I have read the first and final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _____ day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/27/08

7

| | | |
|---|---|---|
| 2/12/2008 | Alan D. Lasko & Associates, P.C. | |
| 10:49 AM | Pre-bill Worksheet | Page 1 |

## Selection Criteria

| Clie.Selection | Include: Radloff III.002; Radloff III.012 |
|---|---|

| | |
|---|---|
| Nickname | Radloff III.002 | 2681 |
| Full Name | Estate of W. Radloff III & K. Powel |
| Address | c/o Ronald Peterson, Trustee |
| | One IBM Plaza |
| | Suite 3800 |
| | Chicago IL 60611-7603 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | tax prep |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 2/11/2008 |
| Last payment | Amount $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/4/2008 61426 | A. Lasko 800 review of data received from trustee and set up staff to begin year 07 tax work of estate | 240.00 | 0.90 | 216.00 | Billable |
| 2/5/2008 61468 | T. Kong 800 preparing work papers for 2007 tax return | 86.00 | 2.80 | 240.80 | Billable |
| 2/6/2008 61494 | T. Kong 800 prepration of year end income tax returns - 2007 | 86.00 | 2.10 | 180.60 | Billable |
| 2/7/2008 61531 | T. Kong 800 preparation of workpapers and tax returns - 2007 corrections and additions | 86.00 | 2.10 | 180.60 | Billable |
| 2/7/2008 61536 | A. Lasko 800 review of year 2007 workpapers and tax returns | 240.00 | 0.90 | 216.00 | Billable |
| 2/8/2008 61544 | A. Lasko 800 preparation of irs 60 day letter | 240.00 | 0.20 | 48.00 | Billable |
| 2/8/2008 61545 | A. Lasko 800 sign off of federal and state income tax returns fo r07 | 240.00 | 0.50 | 120.00 | Billable |
| 2/11/2008 61653 | T. Kong 800 Estimated time to prepare estate's infomration tax returns and cover letter to trustee | 86.00 | 1.50 | 129.00 | Billable |
| 2/11/2008 61654 | A. Lasko 800 Estimated time to review estate's information tax returns and cover letter to trustee | 240.00 | 0.40 | 96.00 | Billable |

2/12/2008  
10:49 AM

Alan D. Lasko & Associates, P.C.  
Pre-bill Worksheet

Page 2

Radloff III.002:Estate of W. Radloff III & K. Powel (continued)

|  |  |  | Amount | Total |
|---|---|---|---|---|
| TOTAL | Billable Fees |  | 11.40 | $1,427.00 |

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/8/2008<br>61546 | A. Lasko<br>105<br>postage - mailed returns to trustee | 2.50 | 1.000 | 2.50 | Billable |
| 2/8/2008<br>61547 | A. Lasko<br>115<br>photocopy costs 76 @ $.10 re: copies of federal nd state tax returns and irs 60 day copy and letter | 7.60 | 1.000 | 7.60 | Billable |

| TOTAL | Billable Costs |  | $10.10 |
|---|---|---|---|

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips**<br>By billing value on each slip. |  |  |
| Total of billable time slips<br>Total of Fees (Time Charges) | $1,427.00 | $1,427.00 |
| **Costs Bill Arrangement: Slips**<br>By billing value on each slip. |  |  |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $10.10 | $10.10 |
| Total new charges |  | $1,437.10 |
| New Balance<br>Current | $1,437.10 |  |
| Total New Balance |  | $1,437.10 |

| | | |
|---|---|---|
| 2/12/2008 | Alan D. Lasko & Associates, P.C. | |
| 10:49 AM | Pre-bill Worksheet | Page 3 |

| | |
|---|---|
| Nickname | Radloff III.012 \| 2682 |
| Full Name | Estate of W. Radloff III & K. Powel |
| Address | c/o Ronald Peterson, Trustee |
| | One IBM Plaza |
| | Suite 3800 |
| | Chicago IL 60611-7603 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | fee petition |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 2/12/2008 |
| Last payment | Amount $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/12/2008 61658 | C. Wilson 800 Prepare fee petition. | 55.00 | 1.00 | 55.00 | Billable |
| 2/12/2008 61660 | A. Lasko 800 prepared fee petition | 240.00 | 0.20 | 48.00 | Billable |
| TOTAL | Billable Fees | | 1.20 | | $103.00 |

Total of billable expense slips $0.00

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $103.00 | |
| Total of Fees (Time Charges) | | $103.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $103.00 |
| New Balance Current | $103.00 | |
| Total New Balance | | $103.00 |