UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
RADLOFF, WALTER A III § Case No. 06-05863
POWELL, KATHY H §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

  6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ .

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/RONALD R. PETERSON_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 06-05863 | Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | RADLOFF, WALTER A III | | Date Filed (f) or Converted (c): | 05/22/06 (f) |
| | POWELL, KATHY H | | 341(a) Meeting Date: | 06/20/06 |
| For Period Ending: | 06/09/10 | | Claims Bar Date: | 02/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash | 145.00 | 0.00 | | 0.00 | FA | 0.00 | 145.00 |
| 2. TV, lamp, bed, dresser, VCR/DVD | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 3. Cllothing | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| 4. Life insurance policy (no cash value) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Possible EEOC for retaliation/wrongful termination | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 6. 2003 Volkswagon Jetta Station Wagon | 14,225.00 | Unknown | | 0.00 | FA | 10,484.00 | 3,741.00 |
| 7. Inheritance (u) | Unknown | 0.00 | | 108,644.17 | FA | 0.00 | 0.00 |
| 8. Tax refund (u) | 0.00 | 1,396.00 | | 1,647.06 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 275.91 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $15,670.00 | $1,396.00 | | $110,567.14 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $10,484.00 | $5,186.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Probate of Debtor Kathy Powell's mother's estate is complete. The Trustee has settled all claims. The estate's
accountant is continuing to work on tax issues. Estimated TFR - 9/30/11.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 09/30/11

**FORM 1**

Case 06-05863    Doc 41    Filed 06/28/10    Entered 06/28/10 16:33:52    Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document    Page 4 of 13
**ASSET CASES**    Page:    2

| | | | | |
|---|---|---|---|---|
| Case No: | 06-05863 | Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
| Case Name: | RADLOFF, WALTER A III | | Date Filed (f) or Converted (c): | 05/22/06 (f) |
| | POWELL, KATHY H | | 341(a) Meeting Date: | 06/20/06 |
| | | | Claims Bar Date: | 02/13/07 |

Exhibit A

_____  Date: _____
RONALD R. PETERSON

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 06-05863 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | RADLOFF, WALTER A III | Bank Name: | BANK OF AMERICA, N.A. |
| | POWELL, KATHY H | Account Number / CD #: | *******6764  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9716 | | |
| For Period Ending: | 06/09/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/07 | 7 | AIG Annuity Insurance Company<br>P.O. Box 871<br>Amarillo TX 79105-087 | | 1229-000 | 4,888.87 | | 4,888.87 |
| 09/14/07 | 7 | AIG Annuity Insurance Company | | 1229-000 | 4,976.16 | | 9,865.03 |
| 09/20/07 | 7 | The Estate of Marguerite E. Hall<br>6603 Tremont CT.<br>Fort Waiyne, Indiana 46815 | | 1229-000 | 6,318.14 | | 16,183.17 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 3.11 | | 16,186.28 |
| 10/17/07 | 7 | Merrill Lynch Chase<br>90 Preseidential Plaza<br>Syracuse, New York | | 1229-000 | 6,565.52 | | 22,751.80 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 11.52 | | 22,763.32 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 12.16 | | 22,775.48 |
| 12/06/07 | 7 | Merrill Lynch | | 1229-000 | 11.81 | | 22,787.29 |
| 12/27/07 | 7 | Merrill Lynch Chase<br>90 Presidential Plaza<br>Syracuse, New York | IRA Beneficiary of Deceased Mother | 1229-000 | 28,221.48 | | 51,008.77 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 11.26 | | 51,020.03 |
| 01/24/08 | 7 | Douglas K. Runyan<br>1220 Lincoln Highway East<br>P.O. Box 246<br>New Havfen, Indiana 46774 | Probate Settlement | 1229-000 | 30,197.30 | | 81,217.33 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 21.49 | | 81,238.82 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 19.31 | | 81,258.13 |
| 03/04/08 | 7 | MetLife<br>Citibank, N.A.<br>One Penn's Way<br>New Castle, DE 19720 | | 1229-000 | 27,464.89 | | 108,723.02 |
| 03/04/08 | | Transfer to Acct #*******6887 | Bank Funds Transfer | 9999-000 | | 7,061.00 | 101,662.02 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 22.87 | | 101,684.89 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 20.84 | | 101,705.73 |
| 05/13/08 | 8 | Daniel Hynes | | 1224-000 | 1,396.00 | | 103,101.73 |

Page Subtotals     110,162.73     7,061.00

UST Form 101-7-TFR (9/1/2009)  *(Page: 5)*

Ver: 15.02

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 06-05863 -ERW | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | RADLOFF, WALTER A III | | Bank Name: | BANK OF AMERICA, N.A. |
| | POWELL, KATHY H | | Account Number / CD #: | *******6764 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9716 | | | |
| For Period Ending: | 06/09/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Comptroller of Illinois | | | | | |
| | | State of Illinois | | | | | |
| 05/16/08 | | Transfer to Acct #*******6887 | Bank Funds Transfer | 9999-000 | | 1,396.00 | 101,705.73 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.96 | | 101,718.69 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.51 | | 101,731.20 |
| 07/17/08 | | Transfer from Acct #*******6887 | Bank Funds Transfer | 9999-000 | 1,396.00 | | 103,127.20 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.01 | | 103,140.21 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.10 | | 103,153.31 |
| 09/02/08 | 8 | Internal Revenue Service | Tax Refund I.R.S. | 1224-000 | 251.06 | | 103,404.37 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.72 | | 103,417.09 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 10.03 | | 103,427.12 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 8.47 | | 103,435.59 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 5.60 | | 103,441.19 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.75 | | 103,442.94 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.59 | | 103,444.53 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.76 | | 103,446.29 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 103,450.54 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.39 | | 103,454.93 |
| 06/04/09 | | Transfer to Acct #*******6887 | Bank Funds Transfer | 9999-000 | | 0.43 | 103,454.50 |
| 06/04/09 | | Transfer to Acct #*******6887 | Bank Funds Transfer | 9999-000 | | 1,144.57 | 102,309.93 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,314.14 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.34 | | 102,318.48 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,322.83 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,327.04 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,331.39 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,335.60 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,339.95 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,344.30 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.93 | | 102,348.23 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,352.58 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,356.79 |

Page Subtotals  1,796.06  2,541.00

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

Ver: 15.02

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-05863 -ERW |
| Case Name: | RADLOFF, WALTER A III |
| | POWELL, KATHY H |
| Taxpayer ID No: | *******9716 |
| For Period Ending: | 06/09/10 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6764  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.35 | | 102,361.14 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 111,963.14 | 9,602.00 | 102,361.14 |
| Less: Bank Transfers/CD's | | 1,396.00 | 9,602.00 | |
| Subtotal | | 110,567.14 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 110,567.14 | 0.00 | |

Page Subtotals        4.35        0.00

**UST Form 101-7-TFR (9/1/2009)** *(Page: 7)*

Ver: 15.02

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 06-05863 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | RADLOFF, WALTER A III | Bank Name: | BANK OF AMERICA, N.A. |
|  | POWELL, KATHY H | Account Number / CD #: | *******6887  BofA - Checking Account |
| Taxpayer ID No: | *******9716 |  |  |
| For Period Ending: | 06/09/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/04/08 |  | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 7,061.00 |  | 7,061.00 |
| 03/04/08 | 003001 | Department of the Treasury<br>Internal revenue Service Center<br>Cincinnati, OH 45999-0013 | 2007 1041 Taxes | 2810-000 |  | 5,665.00 | 1,396.00 |
| 03/04/08 | 003002 | Illinois Department of Revenue<br>P.O. Box 19009<br>Springfield, Illinois 62794-9009 | 2007 1041 State Income Taxes | 2820-000 |  | 1,396.00 | 0.00 |
| 05/16/08 |  | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 1,396.00 |  | 1,396.00 |
| * 05/16/08 | 003003 | Illinois Department of Revenue | DOR mistakenly gave me a refund for the full amount of the tax. Lasko says that's absolutely wrong and asked me to cut a new check, because we really owe the money. | 2820-004 |  | 1,396.00 | 0.00 |
| * 06/30/08 | 003003 | Illinois Department of Revenue | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 2820-004 |  | -1,396.00 | 1,396.00 |
| 07/17/08 |  | Transfer to Acct #*******6764 | Bank Funds Transfer | 9999-000 |  | 1,396.00 | 0.00 |
| 06/04/09 |  | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 0.43 |  | 0.43 |
| 06/04/09 |  | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 1,144.57 |  | 1,145.00 |
| 06/04/09 | 003004 | Department of the Treasury | Reportable Income from Late Mother's Investments at MetLife Insurance Company per 1099-R | 2810-000 |  | 1,145.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,602.00 | 9,602.00 | 0.00 |
| Less: Bank Transfers/CD's | 9,602.00 | 1,396.00 |
| Subtotal | 0.00 | 8,206.00 |
| Less: Payments to Debtors |  | 0.00 |
| Net | 0.00 | 8,206.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6764 | 110,567.14 | 0.00 | 102,361.14 |
| BofA - Checking Account - ********6887 | 0.00 | 8,206.00 | 0.00 |
|  | 110,567.14 | 8,206.00 | 102,361.14 |
|  | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals        9,602.00        9,602.00

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

Ver: 15.02

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-05863 -ERW |
| Case Name: | RADLOFF, WALTER A III |
| | POWELL, KATHY H |
| Taxpayer ID No: | *******9716 |
| For Period Ending: | 06/09/10 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6887  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - *******6764 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - *******6887 | | | | |

| | | | Page Subtotals | | 0.00 | 0.00 | |

## TRUSTEE'S PROPOSED DISTRIBUTION

                                                                              Exhibit D

Case No.: 06-05863
Case Name: RADLOFF, WALTER A III
         POWELL, KATHY H
Trustee Name: RONALD R. PETERSON

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: RONALD R. PETERSON | $_____ | $_____ |
| Attorney for trustee: Jenner & Block LLP | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000004* | *Steven Powell* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  | World Financial Network |  |  |
| *000001* | *National Bank* | $_____ | $_____ |
| *000002* | *Centennial Wireless* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Target National Bank (f.k.a. Retailers National Ba | $ | $ |
| 000005 | B-Line, LLC/NCO Portfolio Management, Inc. | $ | $ |
| 000006 | B-Line, LLC/NCO Portfolio Management, Inc. | $ | $ |
| 000007 | CACV Of Colorado, LLC | $ | $ |
| 000008 | CACV Of Colorado, LLC | $ | $ |
| 000009 | American Express Bank FSB | $ | $ |
| 000010 | Patients 1st ER Medical Consultants PC | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .