# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: §
§
RADLOFF, WALTER A III § Case No. 06-05863 ERW
POWELL, KATHY H §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/10/2010 in Courtroom 744,
UNITED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/29/2010 By: UNITED STATES BANKRUPTCY COURT
———————————— ————————————————————
Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
RADLOFF, WALTER A III § Case No. 06-05863 ERW
POWELL, KATHY H §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 110,567.14 |
| *and approved disbursements of* | $ | 8,206.00 |
| *leaving a balance on hand of*[1] | $ | 102,361.14 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: RONALD R. PETERSON* | $ 8,741.36 | $ 98.47 |
| *Attorney for trustee: Jenner & Block LLP* | $ 11,983.00 | $ 628.42 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 22,899.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004* | *Steven Powell* | $ 22,899.18 | $ 22,899.18 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,151.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 121.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | World Financial Network National Bank | $ 385.39 | $ 468.10 |
| 000002 | Centennial Wireless | $ 252.00 | $ 306.08 |
| 000003 | Target National Bank (f.k.a. Retailers National Ba | $ 862.32 | $ 1,047.39 |
| 000005 | B-Line, LLC/NCO Portfolio Management, Inc. | $ 8,725.03 | $ 10,597.57 |
| 000006 | B-Line, LLC/NCO Portfolio Management, Inc. | $ 6,761.87 | $ 8,213.09 |
| 000007 | CACV Of Colorado, LLC | $ 1,549.92 | $ 1,882.56 |
| 000008 | CACV Of Colorado, LLC | $ 9,162.87 | $ 11,129.38 |
| 000009 | American Express Bank FSB | $ 19,341.90 | $ 23,493.01 |
| 000010 | Patients 1st ER Medical Consultants PC | $ 110.04 | $ 133.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 739.87 .

Prepared By: /s/Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 2                   Date Rcvd: Jun 29, 2010
Case: 06-05863                 Form ID: pdf006             Total Noticed: 92

The following entities were noticed by first class mail on Jul 01, 2010.
db           +Walter A Radloff, III,    P.O. Box 617573,    Chicago, IL 60661-7573
jdb          +Kathy H Powell,    P.O. Box 617573,    Chicago, IL 60661-7573
aty          +Kerrie S Neal,    Zalutsky & Pinski, Ltd.,    20 North Clark St,    Suite 600,
               Chicago, IL 60602-4184
aty          +Maureen J Kelly,    Kelly Kelly & Kelly,    77 W Washington #1411,    Chicago, IL 60602-2801
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-4704
10745291     +ASG,    205 Bryant Woods South,    Buffalo, NY 14228-3609
10745293      AT&T Universal Card,    P.O. Box 6901,    The Lakes, NV 88901-6901
10745282     +Academy Collection Service,    10965 Decatur Rd,    Philadelphia, PA 19154-3294
10745284      Alliant Credit Union,    11545 W. Touhy,    Cleveland, OH 44118
10745285      Allied Collection,    2000 Warrensville,    Holland, MI 49422
10745286     +Allied Interstate,    3000 Corporate Exchange Dr.,    5th Fl.,    Columbus, OH 43231-7723
10745287     +Amer Gen Fin,    Po Box 1162,    Bridgeview, IL 60455-0162
10745288      American Express,    Suite 0001,    Chicago, IL 60679-0001
11146156      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10745289     +Arrow Financial Service,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
10745292     +Associated Recovery Systems,    201 West Grand Avenue,    Escondido, CA 92025-2603
10745294     +Biehl & Biehl,    411 East Irving Park Road,    Bensenville, IL 60106-2230
10745295      Buisness & Professionals,    220 Lake Ave Street,    Fort Wayne, IN 46805
10745301     +CBUSASears,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
10745337    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Providian,     P.O. Box 660433,    Dallas, TX 75266-0433)
11141562    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACV Of Colorado, LLC,     370 17th St., Ste 5000,    Denver, CO 80202)
10745309    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: Collect America Ltd,     370 17th St Ste 5000,    Denver, CO 80202)
10745312     +CRV, INC,    212 South 108 Ave,    Omaha, NE 68154-2631
10745296     +Campbell Kyle & Proffitt,    198 S 9th St,    Noblesville, IN 46060-2619
10745297      Capital One FSB,    P.O. Box 34631,    Seattle, WA 98124-1631
10745298      Capital One Mastercard,    Processing Center,    Des Moines, IA 50363-2200
10745299     +Capital One Platinum,    PO Box 60000,    Seattle, WA 98190-6000
10745300     +Capital One Services,    P.O. Box 60000,    Seattle, WA 98190-6000
10745302     +Centennial Wireless,    3811 Illinois Rd,    Ste 212,    Fort Wayne, IN 46804-1217
10745303     +Chase,    PO BOX 15651,    Wilmington, DE 19886-0001
10745304      Chase Platinum Visa,    P.O. Box 52195,    Phoenix, AZ 85072-2195
10745305     +Chicago Tribune,    P.O. Box 6490,    Chicago, IL 60680-6490
10745306     +Citi Platinum,    P.O. Box 6411,    The Lakes, NV 88901-6411
10745307     +Citibank,    ATTN: Bankruptcy Department,    701 East 60th North,    Sioux Falls, SD 57104-0493
10745308     +Citibank/sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10745310     +Collection America,    370 17th Street Suite 5000,    Denver, CO 80202-5690
10745311      Comprehensive Collections Serv,    P.O. Box 2503,    East Lansing, MI 48826-2503
10745313      ER Solutions, Inc.,    PO Box 9004,    Renton, WA 98057-9004
10745314     +F&W Inc,,    500 W. Madison,    Chicago, IL 60661-4544
10745315     +First Performance Recovery,    600 Pilot Rd,    Las Vegas, NV 89119-9010
10745316      Fleet,    P.O. Box 15480,    Wilmington, DE 19850
10745317     +Home Depot,    PO BOX 689100,    Des Moines, IA 50368-9100
10745318     +Household Credit Service,    P.O. Box 17051,    Baltimore, MD 21297-1051
10745320     +Jaffe & Asher LLD,    600 Third Ave,    New York, NY 10016-1901
10745321     +Komyatte & Associates,    9650 Gordon Dr.,    Highland, IN 46322-2909
10745324      MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
10745322     +Malcolm S Gerald and Associates, In,    332 South Michigan Avenue,    Suite 514,
               Chicago, IL 60604-4434
10745323     +Maryland National Bank,    c/o Scott Lowery, PC & Atty,    10375 East Harward Ave Suite 410,
               Denver, CO 80231-3967
10745325      Medical Business Bureau,    PO Box 1219,    Park Ridge, IL 60068-7219
10745326      Mercy Physician Billing,    35072 Eagle Way,    Chicago, IL 60678-1350
10745327      Midland Credit Management,    P.O. Box 939019,    San Diego, CA 92193-9019
10745328     +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19850-7054
10745331     +NCO Fin/99,    507 Prudential Rd,    Horsham, PA 19044-2308
10745332      NCO Financial,    507 Prudential Rd,    Hampton, VA 23666
10745329     +National Action Financial Services,    3587 PArkway Lane,    Norcross, GA 30092-2827
10745330     +National Asset Recovery,    2880 Dresden Dr.,    Suite 200,    Atlanta, GA 30341-3920
10745333     +Orthopaedics Northeast,    7309 W Jefferson,    Fort Wayne, IN 46804-6237
10745334     +Parkview Hospital,    2200 Randallia Dr.,    Fort Wayne, IN 46805-4699
11150746     +Patients 1st ER Medical Consultants PC,    c/o Richard P Komyatte & Assoc,    John R Edwards,
               9650 Gordon Dr,    Highland, IN 46322-2909
10745335     +Patients First Emergency Medical,    P.O. Box 869359,    Plano, TX 75086-9359
10745338      RCN,    P.O. Box 747089,    Pittsburgh, PA 15274-7089
10745339     +Redi Med,    315 E Cook Road,    Fort Wayne, IN 46825-3311
10745340     +Richard D Komyate,    9650 Gordon Drive,    Highland, IN 46322-2909
10745341     +Rush University,    1725 W. Harrison,    Chicago, IL 60612-3841
10745342      Sam's Club,    P.O. Box 130306,    Roswell, GA 30076
10745344      Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
10745345      Sprint PCS,    P.O. BOX 219349,    Kansas City, MO 64121-9349
10745346     +St Mary Medical Center,    111 W 10th Street,    Hobart, IN 46342-5990
10745347     +St. Macy's Medical Cental,    111 W 10th Street,    Hobart, IN 46342-5990
10745348     +Steven R Powell,    106 Westminster Drive,    Noblesville, IN 46060-4240
10745350     +Target,    P.O. box 59231,    Minneapolis, MN 55459-0231
11038965     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10745351     +Target Nb,    Po Box 9475,    Minneapolis, MN 55440-9475
10745352     +Trustmark Recovery Services,    541 Otis Bowden Dr.,    Munster, IN 46321-4158
```


```
District/off: 0752-1          User: pseamann              Page 2 of 2              Date Rcvd: Jun 29, 2010
Case: 06-05863                Form ID: pdf006             Total Noticed: 92

10745353      +Trustmark Recovery Services,   P.O. Box 100,   Schereville, IN 46375-0100
10745354      +UN Coll Tol,   5620 Southwyck Blvd.,   Toledo, OH 43614-1501
10745356      +UNited Air Ecu,   Pob 66945,   Chicago, IL 60666-0945
10745355      +Union Plus Mastercard,   PO Box 17051,   Baltimore, MD 21297-1051
10745357      +University Pathologist,   5620 Southwyck Blvd.,   Suite 206,   Toledo, OH 43614-1501
10745358      +Unvl/citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
10745362       WFNNB/Victoria's Secret,   P.O. Box 182128,   Columbus, OH 43218-2128
10745360      +Washington Mutual,   PO BOX 660548,   Dallas, TX 75266-0548
10745361      +West Asset Management,   PO Box 2548,   Sherman, TX 75091-2548
11026382      +World Financial Network National Bank,   Victoria's Secret,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339

The following entities were noticed by electronic transmission on Jun 29, 2010.
10745283      +E-mail/Text: roy.buchholz@allianceoneinc.com                            Alliance One,
                1160 Centre Pointe Dr.,   Suite #1,   Mendota Heights, MN 55120-1270
10745290      +E-mail/PDF: LR@arthuradler.com Jun 30 2010 01:02:06      Arthur B. Adler & Associates,
                25 E. Washington St. #500,   Chicago, IL 60602-1703
11092975      +E-mail/PDF: BNCEmails@blinellc.com Jun 30 2010 01:07:45
                B-Line, LLC/NCO Portfolio Management, Inc.,   PROVIDIAN,   Mail Stop 550,
                2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
11071453      +E-mail/PDF: BNCEmails@blinellc.com Jun 30 2010 01:07:45
                B-Line, LLC/NCO Portfolio Management, Inc.,   MERCHANTS MANAGEMENT,   Mail Stop 550,
                2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
10745319      +E-mail/Text: hr@indianapt.com                                Indiana Physical Theaphy,
                7309 W Jefferson,   Fort Wayne, IN 46804-6237
10745336      +E-mail/Text: ebn@phinsolutions.com                           Plaza Associates,   PO BOX 2769,
                New York, NY 10116-2769
10745343      +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2010 00:59:02     Sams Club,   Po Box 981400,
                El Paso, TX 79998-1400
10745359       E-mail/Text: vci.bkcy@vwcredit.com                           Volkswagen Credit,
                1401 Franklin Blvd,   Libertyville, IL 60048
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10745349      Steven Powell
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2010**              **Signature:**     *Joseph Speetjens*