# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| RADLOFF, WALTER A III<br>POWELL, KATHY H | § § § § | Case No. 06-05863 |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 5,186.00 |
| Total Distributions to Claimants: 81,201.11 | Claims Discharged<br>Without Payment: 59,933.22 |
| Total Expenses of Administration: 29,377.82 | |

3) Total gross receipts of $ 110,578.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 110,578.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,989.24 | 41,672.22 | 29,377.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 26,668.85 | 26,668.85 | 22,899.18 | 22,899.18 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 107,084.56 | 107,084.56 | 58,301.93 |
| **TOTAL DISBURSEMENTS** | $ 26,668.85 | $ 175,742.65 | $ 171,655.96 | $ 110,578.93 |

4) This case was originally filed under chapter 7 on 05/22/2006. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2010          By:/s/RONALD R. PETERSON
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

Case 06-05863    Doc 54    Filed 12/17/10    Entered 12/17/10 16:18:13    Desc Main
           Document      Page 3 of 17

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund | 1224-000 | 1,647.06 |
| Inheritance | 1229-000 | 108,644.17 |
| Post-Petition Interest Deposits | 1270-000 | 287.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 110,578.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 8,778.95 | 8,778.95 | 8,778.95 |
| RONALD R. PETERSON | 2200-000 | NA | 98.47 | 98.47 | 98.47 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 5,665.00 | 5,665.00 | 5,665.00 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 1,145.00 | 1,145.00 | 1,145.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,396.00 | 1,396.00 | 1,396.00 |
| JENNER & BLOCK LLP | 3110-000 | NA | 12,008.10 | 11,706.25 | 0.00 |
| JENNER & BLOCK LLP | 3110-000 | NA | 12,294.40 | 12,294.40 | 12,294.40 |
| JENNER & BLOCK LLP | 3120-000 | NA | 603.32 | 588.15 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 41,989.24 | $ 41,672.22 | $ 29,377.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | STEVEN POWELL | 5100-000 | 26,668.85 | 26,668.85 | 22,899.18 | 22,899.18 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 26,668.85 | $ 26,668.85 | $ 22,899.18 | $ 22,899.18 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 19,341.90 | 19,341.90 | 19,341.90 |
| 000005 | B-LINE, LLC/NCO PORTFOLIO MANAGEMEN | 7100-000 | NA | 8,725.03 | 8,725.03 | 8,725.03 |
| 000006 | B-LINE, LLC/NCO PORTFOLIO MANAGEMEN | 7100-000 | NA | 6,761.87 | 6,761.87 | 6,761.87 |
| 000007 | CACV OF COLORADO, LLC | 7100-000 | NA | 1,549.92 | 1,549.92 | 1,549.92 |
| 000008 | CACV OF COLORADO, LLC | 7100-000 | NA | 9,162.87 | 9,162.87 | 9,162.87 |
| 000002 | CENTENNIAL WIRELESS | 7100-000 | NA | 252.00 | 252.00 | 252.00 |
| 000010 | PATIENTS 1ST ER MEDICAL CONSULTANTS | 7100-000 | NA | 110.04 | 110.04 | 110.04 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | STEVEN R POWELL | 7100-000 | NA | 26,668.85 | 26,668.85 | 0.00 |
| 000013 | STEVEN R POWELL | 7100-000 | NA | 33,264.37 | 33,264.37 | 0.00 |
| 000003 | TARGET NATIONAL BANK (F.K.A. RETAIL | 7100-000 | NA | 862.32 | 862.32 | 862.32 |
| 000001 | WORLD FINANCIAL NETWORK NATIONAL BA | 7100-000 | NA | 385.39 | 385.39 | 385.39 |
|  | AMERICAN EXPRESS BANK FSB | 7990-000 | NA | NA | NA | 3,078.83 |
|  | B-LINE, LLC/NCO PORTFOLIO MANAGEMEN | 7990-000 | NA | NA | NA | 1,388.84 |
|  | B-LINE, LLC/NCO PORTFOLIO MANAGEMEN | 7990-000 | NA | NA | NA | 1,076.35 |
|  | CACV OF COLORADO, LLC | 7990-000 | NA | NA | NA | 246.72 |
|  | CACV OF COLORADO, LLC | 7990-000 | NA | NA | NA | 1,458.54 |
|  | CENTENNIAL WIRELESS | 7990-000 | NA | NA | NA | 40.11 |
|  | PATIENTS 1ST ER MEDICAL CONSULTANTS | 7990-000 | NA | NA | NA | 17.51 |
|  | STEVEN POWELL | 7990-000 | NA | NA | NA | 3,645.08 |
|  | TARGET NATIONAL BANK (F.K.A. RETAIL | 7990-000 | NA | NA | NA | 137.26 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WORLD FINANCIAL NETWORK NATIONAL BA | 7990-000 | NA | NA | NA | 61.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 107,084.56 | $ 107,084.56 | $ 58,301.93 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 06-05863　　Judge: EUGENE R. WEDOFF　　Trustee Name: RONALD R. PETERSON
Case Name: RADLOFF, WALTER A III　　　　　　　　　Date Filed (f) or Converted (c): 05/22/06 (f)
　　　　　　POWELL, KATHY H　　　　　　　　　　　　341(a) Meeting Date: 06/20/06
For Period Ending: 11/30/10　　　　　　　　　　　　Claims Bar Date: 02/13/07

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash | 145.00 | 0.00 | | 0.00 | FA | 0.00 | 145.00 |
| 2. TV, lamp, bed, dresser, VCR/DVD | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 3. Clothing | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| 4. Life insurance policy (no cash value) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Possible EEOC for retaliation/wrongful termination | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 6. 2003 Volkswagon Jetta Station Wagon | 14,225.00 | Unknown | | 0.00 | FA | 10,484.00 | 3,741.00 |
| 7. Inheritance (u) | Unknown | 0.00 | | 108,644.17 | FA | 0.00 | 0.00 |
| 8. Tax refund (u) | 0.00 | 1,396.00 | | 1,647.06 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 287.70 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $15,670.00 | $1,396.00 | | $110,578.93 | $0.00 | $10,484.00 | $5,186.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 13, 2010, 05:06 pm  Ask Larwentha to file final account and close estate.

Probate of Debtor Kathy Powell's mother's estate is complete. The Trustee has settled all claims. The estate's

LFORM1EX

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.01a

Page: 2
Exhibit 8

Ver: 16.01a

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 06-05863    Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
| Case Name: | RADLOFF, WALTER A III | Date Filed (f) or Converted (c): | 05/22/06 (f) |
| | POWELL, KATHY H | 341(a) Meeting Date: | 06/20/06 |
| | | Claims Bar Date: | 02/13/07 |

accountant is continuing to work on tax issues. Estimated TFR - 9/30/11.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/07

_____ Date: _____
RONALD R. PETERSON

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-05863 -ERW
Case Name: RADLOFF, WALTER A III
POWELL, KATHY H
Taxpayer ID No: *******9716
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6764 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/07 | 7 | AIG Annuity Insurance Company P.O. Box 871 Amarillo TX 79105-087 | | 1229-000 | 4,888.87 | | 4,888.87 |
| 09/14/07 | 7 | AIG Annuity Insurance Company | | 1229-000 | 4,976.16 | | 9,865.03 |
| 09/20/07 | 7 | The Estate of Marguerite E. Hall 6603 Tremont CT. Fort Waiyne, Indiana 46815 | | 1229-000 | 6,318.14 | | 16,183.17 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.11 | | 16,186.28 |
| 10/17/07 | 7 | Merrill Lynch Chase 90 Presidential Plaza Syracuse, New York | | 1229-000 | 6,565.52 | | 22,751.80 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 11.52 | | 22,763.32 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 12.16 | | 22,775.48 |
| 12/06/07 | 7 | Merrill Lynch | | 1229-000 | 11.81 | | 22,787.29 |
| 12/27/07 | 7 | Merrill Lynch Chase 90 Presidential Plaza Syracuse, New York | IRA Beneficiary of Deceased Mother | 1229-000 | 28,221.48 | | 51,008.77 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 11.26 | | 51,020.03 |
| 01/24/08 | 7 | Douglas K. Runyan 1220 Lincoln Highway East P.O. Box 246 New Havfen, Indiana 46774 | Probate Settlement | 1229-000 | 30,197.30 | | 81,217.33 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 21.49 | | 81,238.82 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 19.31 | | 81,258.13 |
| 03/04/08 | 7 | MetLife Citibank, N.A. One Penn's Way New Castle, DE 19720 | | 1229-000 | 27,464.89 | | 108,723.02 |
| | | | | Page Subtotals | 108,723.02 | 0.00 | |

Page: 2
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-05863 -ERW | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | RADLOFF, WALTER A III | Bank Name: | BANK OF AMERICA, N.A. |
| | POWELL, KATHY H | Account Number / CD #: | *******6764 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9716 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 11/30/10 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/04/08 | | | Bank Funds Transfer | 9999-000 | | 7,061.00 | 101,662.02 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 22.87 | | 101,684.89 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 20.84 | | 101,705.73 |
| 05/13/08 | 8 | Daniel Hynes Comptroller of Illinois State of Illinois | | 1224-000 | 1,396.00 | | 103,101.73 |
| 05/16/08 | | Transfer to Acct #*******6887 | Bank Funds Transfer | 9999-000 | | 1,396.00 | 101,705.73 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.96 | | 101,718.69 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.51 | | 101,731.20 |
| 07/17/08 | | Transfer from Acct #*******6887 | Bank Funds Transfer | 9999-000 | 1,396.00 | | 103,127.20 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.01 | | 103,140.21 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.10 | | 103,153.31 |
| 09/02/08 | 8 | Internal Revenue Service | Tax Refund I.R.S. | 1224-000 | 251.06 | | 103,404.37 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 12.72 | | 103,417.09 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 10.03 | | 103,427.12 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 8.47 | | 103,435.59 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 5.60 | | 103,441.19 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.75 | | 103,442.94 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.59 | | 103,444.53 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.76 | | 103,446.29 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 103,450.54 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.39 | | 103,454.93 |
| 06/04/09 | | Transfer to Acct #*******6887 | Bank Funds Transfer | 9999-000 | | 0.43 | 103,454.50 |
| 06/04/09 | | Transfer to Acct #*******6887 | Bank Funds Transfer | 9999-000 | | 1,144.57 | 102,309.93 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,314.14 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.34 | | 102,318.48 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,322.83 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,327.04 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,331.39 |
| | | | Page Subtotals | | 3,210.37 | 9,602.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.01a

Page: 3
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-05863 -ERW
Case Name: RADLOFF, WALTER A III
POWELL, KATHY H
Taxpayer ID No: ******9716
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6764 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,335.60 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,339.95 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,344.30 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.93 | | 102,348.23 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,352.58 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,356.79 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,361.14 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 102,365.35 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.35 | | 102,369.70 |
| 08/24/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.23 | | 102,372.93 |
| 08/24/10 | | Transfer to Acct #******6887 | Final Posting Transfer | 9999-000 | | 102,372.93 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 111,974.93 | 111,974.93 |
| Less: Bank Transfers/CD's | | 1,396.00 | 111,974.93 |
| Subtotal | | 110,578.93 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 110,578.93 | 0.00 |

Page Subtotals 41.54 102,372.93

LFORM24 UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.01a

Page: 4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-05863 -ERW | | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | RADLOFF, WALTER A III / POWELL, KATHY H | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******9716 | | Account Number / CD #: | *******6887 BofA - Checking Account | |
| For Period Ending: | 11/30/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/08 | | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 7,061.00 | | 7,061.00 |
| 03/04/08 | 003001 | Department of the Treasury Internal revenue Service Center Cincinnati, OH 45999-0013 | 2007 1041 Taxes | 2810-000 | | 5,665.00 | 1,396.00 |
| 03/04/08 | 003002 | Illinois Department of Revenue P.O. Box 19009 Springfield, Illinois 62794-9009 | 2007 1041 State Income Taxes | 2820-000 | | 1,396.00 | 0.00 |
| 05/16/08 | | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 1,396.00 | | 1,396.00 |
| * 05/16/08 | 003003 | Illinois Department of Revenue | DOR mistakenly gave me a refund for the full amount of the tax. Lasko says that's absolutely wrong and asked me to cut a new check, because we really owe the money. | 2820-004 | | 1,396.00 | 0.00 |
| * 06/30/08 | | Illinois Department of Revenue | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2820-004 | | -1,396.00 | 1,396.00 |
| 07/17/08 | | Transfer to Acct #*******6764 | Bank Funds Transfer | 9999-000 | | 1,396.00 | 0.00 |
| 06/04/09 | | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 0.43 | | 0.43 |
| 06/04/09 | | Transfer from Acct #*******6764 | Bank Funds Transfer | 9999-000 | 1,144.57 | | 1,145.00 |
| 06/04/09 | 003004 | Department of the Treasury | Reportable Income from Late Mother's Investments at MetLife Insurance Company per 1099-R | 2810-000 | | 1,145.00 | 0.00 |
| 08/24/10 | | Transfer from Acct #*******6764 | Transfer In From MMA Account | 9999-000 | 102,372.93 | | 102,372.93 |
| 08/25/10 | 003005 | Ronald R. Peterson Trustee | Trustee's compensation | 2100-000 | | 8,778.95 | 93,593.98 |
| 08/25/10 | 003006 | Ronald R. Peterson | Final Award Trustee's expenses | 2200-000 | | 98.47 | 93,495.51 |
| 08/25/10 | 003007 | Jenner & Block LLP | Final Expenses Final Fees | 3110-000 | | 12,294.40 | 81,201.11 |
| 08/25/10 | 003008 | Steven Powell 106 Westminster Noblesville, IN 46060 | Domestic Support Obligation | | | 26,544.26 | 54,656.85 |
| | | | Page Subtotals | | 111,974.93 | 57,318.08 | |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 16.01a

Page: 5
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-05863 -ERW
Case Name: RADLOFF, WALTER A III / POWELL, KATHY H
Taxpayer ID No: *******9716
For Period Ending: 11/30/10

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6887 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/25/10 | 003009 | World Financial Network National Bank Victoria's Secret c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Claim 22,899.18 Interest 3,645.08 Consumer Debt | 5100-000 7990-000 | | 446.74 | 54,210.11 |
| 08/25/10 | 003010 | Centennial Wireless 3811 Illinois Rd Ste 212 Fort Wayne, IN 46804 | Claim 385.39 Interest 61.35 Consumer Debt | 7100-000 7990-000 | | 292.11 | 53,918.00 |
| 08/25/10 | 003011 | Target National Bank (f.k.a. Retailers National Ba TARGET VISA c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Claim 252.00 Interest 40.11 Consumer Debt | 7100-000 7990-000 | | 999.58 | 52,918.42 |
| 08/25/10 | 003012 | B-Line, LLC/NCO Portfolio Management, Inc. MERCHANTS MANAGEMENT Mail Stop 550 2101 Fourth Ave, Suite 1030 Seattle, WA, 98121 | Claim 862.32 Interest 137.26 Consumer Debt | 7100-000 7990-000 | | 10,113.87 | 42,804.55 |
| | | | Page Subtotals | | 0.00 | 11,852.30 | |

LFORM24 UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 16.01a

Page: 6
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 06-05863 - ERW |
| Case Name: | RADLOFF, WALTER A III<br>POWELL, KATHY H |
| Taxpayer ID No: | \*\*\*\*\*\*\*\*9716 |
| For Period Ending: | 11/30/10 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | \*\*\*\*\*\*\*\*6887 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/25/10 | 003013 | B-Line, LLC/NCO Portfolio Management, Inc.<br>PROVIDIAN<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121 | Claim 8,725.03<br>Interest 1,388.84<br>Consumer Debt | 7100-000<br>7990-000 | | 7,838.22 | 34,966.33 |
| 08/25/10 | 003014 | CACV Of Colorado, LLC<br>370 17th St., Ste 5000<br>Denver, CO 80202 | Claim 6,761.87<br>Interest 1,076.35<br>Consumer Debt | 7100-000<br>7990-000 | | 1,796.64 | 33,169.69 |
| * 08/25/10 | 003015 | CACV Of Colorado, LLC<br>370 17th St., Ste 5000<br>Denver, CO 80202 | Claim 1,549.92<br>Interest 246.72<br>Consumer Debt | 7100-000<br>7990-000 | | 10,621.41 | 22,548.28 |
| 08/25/10 | 003016 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 9,162.87<br>Interest 1,458.54<br>Consumer Debt | 7100-003<br>7990-003 | | 22,420.73 | 127.55 |
| 08/25/10 | 003017 | Patients 1st ER Medical Consultants PC<br>c/o Richard P Komyatte & Assoc<br>John R Edwards | Claim 19,341.90<br>Interest 3,078.83<br>Consumer Debt | 7100-000<br>7990-000 | | 127.55 | 0.00 |
| | | | | Page Subtotals | 0.00 | 42,804.55 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 16.01a

Page: 7
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-05863 -ERW | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | RADLOFF, WALTER A III POWELL, KATHY H | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******9716 | Account Number / CD #: | *******6887 BofA - Checking Account |
| For Period Ending: | 11/30/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 9650 Gordon Dr Highland, IN 46322 | Claim Interest | 110.04 17.51 | 7100-000 7990-000 | | | 10,621.41 |
| * 09/23/10 | 003015 | CACV Of Colorado, LLC 370 17th St., Ste 5000 Denver, CO 80202 | Consumer Debt CACV is no longer in business. They have moved and were taken over by Square 2 Financial. Claim (  9,162.87 ) Interest (  1,458.54 ) | | 7100-003 7990-003 | | -10,621.41 | 0.00 |
| 09/23/10 | 003018 | CACV Of Colorado, LLC 370 17th St., Ste 5000 Denver, CO 80202 | Consumer Debt Claim Interest | 9,162.87 1,458.54 | 7100-000 7990-000 | | 10,621.41 | 0.00 |

|  | COLUMN TOTALS | 111,974.93 | 111,974.93 | |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 111,974.93 | 1,396.00 | |
|  | Subtotal | 0.00 | 110,578.93 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 110,578.93 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *********6764 | 0.00 | 0.00 | 0.00 |
| BofA - Checking Account - *********6887 | 110,578.93 | 110,578.93 | 0.00 |
| | 110,578.93 | 110,578.93 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 0.00 | 0.00 | |

Page: 8
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-05863 -ERW | Trustee Name: | RONALD R. PETERSON |
| Case Name: | RADLOFF, WALTER A III POWELL, KATHY H | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******9716 | Account Number / CD #: | ********6887 BofA - Checking Account |
| For Period Ending: | 11/30/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********6764
BofA - Checking Account - ********6887

Page Subtotals    0.00    0.00